# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **CRIMINAL COMPLAINT** |
| v. | : | Mag. No. 12- 2591 (DEA) |
| JOSEPH ROMANO | : | |

I, Shannon E. Clark, being duly sworn state the following is true and correct to the best of my knowledge and belief:

### SEE ATTACHMENT A

I further state that I am a Special Agent with the Federal Bureau of Investigation ("FBI") and that this Complaint is based on the following facts:

### SEE ATTACHMENT B

continued on the attached pages and made a part hereof.

_____
Shannon E. Clark, Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

December 6, 2012                     at     Trenton, New Jersey
Date                                              City and State

Honorable Douglas E. Arpert
United States Magistrate Judge
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

## ATTACHMENT A

On or about January 26, 2012, in Warren County, in the District of New Jersey and elsewhere, defendant JOSEPH ROMANO, having been convicted of a crime punishable by imprisonment for a term exceeding one year in the Superior Court of New Jersey, Law Division, Bergen County, did knowingly possess, in and affecting commerce, a firearm; namely, a .22 caliber Ruger handgun, serial number 16-37355.

In violation of Title 18, United States Code, Section 922(g)(1).

## ATTACHMENT B

I, Shannon E. Clark, am a Special Agent with the Federal Bureau of Investigation. I have knowledge of the following facts based upon both my investigation and discussions with other law enforcement personnel and others. Where statements of others are set forth herein, these statements are related in substance and in part. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

1. In or around January 2012, law enforcement officers began an investigation into JOSEPH ROMANO. The investigation included the use of a confidential informant (hereinafter the "CI"), who provided law enforcement with information concerning ROMANO's criminal activity, including the unlawful possession and transfer of firearms.

2. In or around January 2012, ROMANO offered to sell the CI a firearm. Subsequently, on or about January 26, 2012, the CI met ROMANO at a pre-arranged location in Warren County, New Jersey, where ROMANO sold the CI a firearm; namely, a .22 caliber Ruger handgun with serial number 16-37355. This meeting was audio and video recorded. Law enforcement officers took possession of the handgun sold during the January 26, 2012 transaction.

3. A review of criminal history records revealed that prior to January 26, 2012, ROMANO was convicted of a felony offense punishable by a term of imprisonment greater than one year in the Superior Court of New Jersey, Law Division, Bergen County. Specifically, on or about March 31, 2008, ROMANO was convicted in the Superior Court of New Jersey, Law Division, Bergen County, of aggravated assault, in violation of *N.J.S.A.* 2C:12-1(b)(1), a felony punishable by imprisonment in excess of one year, and was sentenced to 3 years' imprisonment.

4. The recovered .22 caliber Ruger handgun with the serial number 16-37355, is a firearm within the meaning of Title 18, United States Code, Section 921(a)(3) and was not manufactured in New Jersey.