UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSEPH ROMANO | Hon. Douglas E. Arpert<br><br>Mag No. 12-2591<br><br>**DETENTION ORDER** |

This matter having been opened to the Court on motion of the United States, by Paul J. Fishman, United States Attorney for the District of New Jersey (Nicholas P. Grippo, Assistant United States Attorney, appearing), in the presence of Brian Reilly, Esq., Assistant Federal Public Defender, attorney for defendant Joseph Romano, for an order pursuant to Title 18, United States Code, Section 3142(e) to detain defendant Romano without bail pending trial or a future bail hearing in the above-entitled matter, and for good cause shown:

IT IS, therefore, on this 16th day of August 2013,

ORDERED, pursuant to Title 18, United States Code, Section 3142, that defendant Romano be committed to the custody of the Attorney General or his authorized representative pending trial in the above-entitled matter; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that defendant Romano be confined in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that defendant Romano be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney

for the United States, defendant Romano shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings; and it is further

ORDERED that the motion of the United States for an order detaining defendant Romano without bail pending trial or a future bail hearing is hereby granted, and defendant Romano is hereby ordered detained pending trial or a future bail hearing at which time defendant Romano may present a bail package for the Court's consideration.

_____
Hon. Douglas E. Arpert
United States Magistrate Judge